## Commonwealth *v.* Negley, Appellant.

Submitted March 15, 1971.   Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Alexander Negley,* appellant, in propria persona.

*Robert F. Hawk* and *David L. Cook,* Assistant District Attorneys, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 1, 1971:
Order affirmed.